IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSHUA ALEXANDER TYER,

     Appellant,

v.

STATE OF FLORIDA
DEPARTMENT OF REVENUE
CHILD SUPPORT ENFORCEMENT
and MARYANNE ROSE WALKER,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D16-1145

Opinion filed September 5, 2017.

An appeal from an order of The Florida Department of Revenue, Child Support Enforcement Program.

Thomas L. Duggar and Daniel I. Phillips of Duggar & Duggar, PA, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellees.

PER CURIAM.

     Upon consideration of appellee's confession of error, we vacate the final order and remand for further proceedings.

B.L. THOMAS, C.J., and LEWIS and ROBERTS, JJ., CONCUR.